# U.S. District Court
# Northern District of Texas (Fort Worth)
# CRIMINAL DOCKET FOR CASE #: **4:23−mj−00463−BP**−1

| | |
|---|---|
| Case title: USA v. Pollar | Date Filed: 06/08/2023 |
| Other court case number: 1:23−CR−00041−LEW District of Maine | Date Terminated: 06/08/2023 |

Assigned to: Magistrate Judge Hal R. Ray, Jr

**Defendant (1)**

| | | |
|---|---|---|
| **Kyle Lawless Pollar**<br>*TERMINATED: 06/08/2023* | represented by | **Pia R Lederman – FPD**<br>Federal Public Defender<br>Northern District of Texas<br>819 Taylor St<br>Room 9a10<br>Fort Worth, TX 76102<br>817−978−2753<br>Fax: 817−978−2757<br>Email: pia_lederman@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Federal Public Defender Appointment*<br>*Bar Status: Admitted/In Good Standing* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18:1028A(a)(1) Wire Fraud | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Laura Montes–DOJ**<br>United States Attorney's Office<br>801 Cherry St, Unit 4<br>Burnett Plaza, Suite 1700<br>Fort Worth, TX 76102<br>817–252–5200<br>Email: laura.montes@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: US Attorney's Office*<br>*Bar Status: Not Admitted* |

| Date Filed | # | Docket Text |
|---|---|---|
| 06/08/2023 | | Arrest (Rule 5) of Kyle Lawless Pollar. Case Number 1:23–CR–00041–LEW from District of Maine. (mcrd) (Entered: 06/09/2023) |
| 06/08/2023 | 1 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Kyle Lawless Pollar. (Ordered by Magistrate Judge Hal R. Ray, Jr on 6/8/2023) (mcrd) (Entered: 06/09/2023) |
| 06/08/2023 | 2 | ELECTRONIC Minute Entry for proceedings held before Magistrate Judge Hal R. Ray, Jr: Initial Appearance on Rule 5c Hearings as to Kyle Lawless Pollar held on 6/8/2023. Date of Arrest: 6/8/2023 on warrant and indictment from District of Maine ; Deft appeared w/counsel; Deft executed financial affidavit; O/appointing FPD entered;The judge issued the oral order required by Fed. R. Crim. P. 5(f)(1). Written order to follow; Deft waives Rule 5(c) hearing as to identity and requests detention hearing in prosecuting district; O/commitment to prosecuting district entered; Deft remanded to custody. Attorney Appearances: AUSA – Laura Montes; Defense – Pia Lederman. (No exhibits) Time in Court – :06. (Court Reporter: Digital File) (USPO Mouret.) (mcrd) Modified on 6/9/2023 (mcrd). (Entered: 06/09/2023) |
| 06/08/2023 | 3 | ELECTRONIC ORDER As to Kyle Lawless Pollar:<br><br>This written order is entered pursuant to Rule 5(f)(1) of the Federal Rules of Criminal Procedure, and is entered by the court on the first scheduled court date when both the prosecutor and defense counsel are present.<br><br>By this order –– issued to the prosecution and defense counsel –– the court confirms the disclosure obligations of the prosecutor under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, and the possible consequences of violating such order under applicable law. Failure to do so may result in consequences such as the dismissal of the indictment or information, dismissal of individual charges, exclusion of evidence or witnesses, adverse jury instructions, contempt proceedings, and/or sanctions by the court. (Ordered by Magistrate Judge Hal R. Ray, Jr on 6/8/2023) (mcrd) (Entered: 06/09/2023) |
| 06/08/2023 | 4 | WAIVER of Rule 5c Hearings by Kyle Lawless Pollar (mcrd) (Entered: 06/09/2023) |
| 06/08/2023 | 5 | MOTION for Pretrial Detention filed by USA as to Kyle Lawless Pollar (mcrd) (Entered: 06/09/2023) |

| 06/08/2023 | <u>6</u> | Report of Proceedings under Rule 5(c)(3) and 5.1 as to Kyle Lawless Pollar. Defendant is removed forthwith to the district in which he is charged. Paperwork sent to District of Maine. (Ordered by Magistrate Judge Hal R. Ray, Jr on 6/8/2023) (mcrd) (Entered: 06/09/2023) |